# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 23, 2015

_____

DOCKET CORRECTION NOTICE
_____

No.   15-1362,     Mylinh Crane v. Starwood Hotels & Resorts
                   4:14-cv-01651-PMD

TO:   William E. Hopkins

FILING CORRECTION DUE:  April 27, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[X] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

Barbara H. Rowe, Deputy Clerk
804-916-2704